IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WELLS FARGO DELAWARE TRUST
COMPANY, N.A.,                               No. CIV 2:11-cv-3455-JAM-JFM (PS)

        Plaintiff,

   vs.

CARLA GARCES,

        Defendant.                    <u>ORDER</u>

_____/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). On January 4, 2012, plaintiff filed a motion to remand, which is set for hearing before the undersigned on February 9, 2012. No opposition to the motion to remand has been filed.

        Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1. The hearing date of February 9, 2012 is vacated. Hearing on plaintiff's motion to remand is continued to March 1, 2012 at 11:00 a.m. in courtroom no. 26.

2. Plaintiff shall file opposition, if any, to the motion to remand, no later than February 16, 2012. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: February 6, 2012.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

/014;well3455.nooppo