IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WELLS FARGO DELAWARE TRUST
CO., N.A.,                                         No. CIV 2:11-cv-3455-JAM-JFM (PS)

        Plaintiff,

        vs.

CARLA GARCES,

        Defendant.                          ORDER
_____/

        Defendant, proceeding pro se, removed the above-entitled action on December 29, 2011.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On February 29, 2012, the magistrate judge filed findings and recommendations herein which were served on defendant and which contained notice to defendant that any objections to the findings and recommendations were to be filed within fourteen days.  Defendant has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed February 27, 2012 are adopted in full;

1

2. Plaintiff's January 4, 2012 motion to remand is granted;

3. This action is remanded to the San Joaquin County Superior Court; and

4. The Clerk of the Court is directed to close this matter.

DATED: March 26, 2012

/s/ John A. Mendez

UNITED STATES DISTRICT JUDGE